IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| **BRANDON CELESTINE #140417** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO.: 1:13-cv-487-MTP** |
| **MIKE WEST, ET AL.** | **DEFENDANTS** |

### FINAL JUDGMENT

This cause having come before the Court on Defendant's Motion for Summary Judgment [25] and a decision having been duly rendered by separate Opinion and Order [34],

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

SO ORDERED this 5th day of June, 2014.

Michael T. Parker
United States Magistrate Judge